MELISSA HOLYOAK, United States Attorney (9832)
TYLER L. MURRAY, Assistant United States Attorney (10308)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
tyler.murray2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ARTURO RUVALCABA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | **SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>Case No. 2:25-cv-1079<br><br>Judge David Barlow<br>United States District Judge |

Defendants respectfully request that the court grant a 30-day extension of the June 11, 2026 deadline to answer or otherwise respond to the complaint filed by Plaintiff Arturo Ruvalcaba.

Counsel for Plaintiff stipulates to this request.

The motion is supported by good cause. The United States needs additional time to gather and assess information from its departments and agencies related to this matter. In addition, the United States Attorney's Office continues to experience a staffing shortage, which has

considerably increased the United States' counsel's caseload, briefing deadlines in other matters, and hearing schedule.

For the foregoing reasons, Defendants request an order allowing it to answer or otherwise respond to the complaint no later than July 10, 2026.

Dated this 28th day of May, 2026.

MELISSA HOLYOAK
United States Attorney

*/s/ Tyler L. Murray*
TYLER L. MURRAY
Assistant United States Attorney